UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA SANDUSKY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No:  2:16-cv-00146-JFC |
| | ) | |
| v. | ) | |
| | ) | |
| DEREK DAYOUB, ANDREA SCHMITT, | ) | |
| BILL BELL, BOBBY SCOTT, and THE | ) | |
| BOROUGH OF CHESWICK, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this  22nd day of         November                                    , 2016,

upon consideration of Plaintiff's and Defendants' Derek Dayoub, Andra Schmid (incorrectly

identified as Andrea Schmitt), Bill Bell, Bobby Scott and The Borough of Cheswick Stipulation

for Dismissal,  it is hereby ORDERED, ADJUDGED and DECREED that all of Plaintiff's claims

against  Derek Dayoub, Andra Schmid (incorrectly identified as Andrea Schmitt), Bill Bell,

Bobby Scott and The Borough of Cheswick  are dismissed, with prejudice.

BY THE COURT:

/s/ Joy Flowers Conti

Chief United States District Judge

LEGAL/107263323.v1